UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| RODNEY R. MINEWEASER, | : CASE NO. 19 - 11223 |
| | : |
| Debtor. | : CHAPTER 13 |
| ****************************************** | : |
| RODNEY R. MINEWEASER, | : Hearing date:   03/04/2020 |
| Movant, | : Hearing time:    10:30 a.m. |
| | : Document No. |
| vs. | : |
| | : |
| BARCLAYS BANK DELAWARE, | : |
| | : |
| Respondent. | : |

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF DEBTOR UNDER 11 U.S.C. Section 522(f)

TO THE RESPONDENT(S):

You are hereby notified that the above Debtor seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Debtor, a response or objection to the within Motion no later than February 16, 2020, seventeen (17) calendar days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.   If you fail to timely respond, the Motion may be granted by the Court by default without a Hearing.

You should take this to your lawyer at once.

A hearing will be held on March 4, 2020, at 10:30 a.m. in the United States Bankruptcy Court, Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 before Judge Agresti.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary Hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of Service:   January 30, 2020

Respectfully submitted,

ACHILLE LAW, P. C.

s/Joseph H. Ellermeyer
Joseph H. Ellermeyer
Attorney for Debtor/Movant
379 Main Street
Brookville, PA 15825
(814) 849-6701
(814) 849-2889 FAX
Email:  josephellermeyer@yahoo.com
I.D. No. 43944