UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| RODNEY R. MINEWEASER, | : CASE NO. 19 - 11223 |
| | : |
| Debtor | : CHAPTER 13 |
| ******************************************** | : |
| RODNEY R. MINEWEASER, | : |
| | : |
| Movant, | : |
| | : |
| vs. | : |
| | : |
| BARCLAYS BANK DELAWARE, | : |
| | : |
| Respondent. | : |

CERTIFICATE OF NO OBJECTION

Dated:   02/19/2020           Attorney for the Movant:

                                            ACHILLE LAW, P.C.

                                            <u>s/Joseph H. Ellermeyer</u>
                                            Joseph H. Ellermeyer
                                            Attorney for Debtor/Movant
                                            379 Main Street
                                            Brookville, PA 15825
                                            (814) 849-6701
                                            (814) 849-2889 FAX
                                            I.D. No. 43944
                                            Email: josephellermeyer@yahoo.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| RODNEY R. MINEWEASER, | : CASE NO. 19 - 11223 |
| | : |
| Debtor. | : CHAPTER 13 |
| ******************************************** | : |
| RODNEY R. MINEWEASER, | : Hearing date:  03/04/2020 |
| Movant, | : Hearing time:  10:30 a.m. |
| | : Document No. |
| vs. | : |
| | : |
| BARCLAYS BANK DELAWARE, | : |
| Respondent. | : |

CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 30, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 16, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  02/19/2020

Respectfully submitted,

ACHILLE LAW, P.C.

s/Joseph H. Ellermeyer
Joseph H. Ellermeyer
Attorney for Debtor/Movant
379 Main Street
Brookville, PA 15825
(814) 849-6701
(814) 849-2889 FAX
Email: josephellermeyer@yahoo.com
PA ID No. 43944