UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| RODNEY R. MINEWEASER, | : CASE NO. 19 - 11223 |
| | : |
| Debtor | : CHAPTER 13 |
| ********************************************* | : |
| RODNEY R. MINEWEASER, | : |
| | : |
| Movant, | : |
| | : |
| vs. | : |
| | : |
| BARCLAYS BANK DELAWARE, | : |
| | : |
| Respondent. | : |

CERTIFICATE OF SERVICE of ORDER DATED FEBRUARY 19, 2020

Dated:   02/29/2020         Attorney for the Movant:

ACHILLE LAW, P.C.

s/Joseph H. Ellermeyer
Joseph H. Ellermeyer
Attorney for Debtor/Movant
379 Main Street
Brookville, PA 15825
(814) 849-6701
(814) 849-2889 FAX
I.D. No. 43944
Email: josephellermeyer@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| RODNEY R. MINEWEASER, | : CASE NO. 19 - 11223 |
| Debtor. | : CHAPTER 13 |
| ********************************************** | : |
| RODNEY R. MINEWEASER, | : Hearing date:   03/04/2020 |
| Movant, | : Hearing time:   10:30 a.m. |
| | : Document No. |
| vs. | : |
| BARCLAYS BANK DELAWARE, | : |
| Respondent. | : |

**CERTIFICATE OF SERVICE of ORDER DATED FEBRUARY 19, 2020**

I, Joseph H. Ellermeyer, Esquire, certify under penalty of perjury that I served the above-captioned document on the parties at the addressed specified below on February 29, 2020. The type of service made on the parties was via First Class Mail, postage prepaid:

Rodney R. Mineweaser
125 Brogan Street
Summerville, PA 15864

Barclays Bank Delaware
125 S West Street
Wilmington, DE 19801

Frederic I. Weinberg, Esquire
375 E Elm Street, Suite 210
Conshohocken, PA 19428

U.S. Trustee's Office
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Respectfully submitted,

s/Joseph H. Ellermeyer
Joseph H. Ellermeyer
Attorney for Movant
379 Main Street
Brookville, PA 15825
(814) 849-6701