Certificate Number: 15317-PAW-DE-034043591

Bankruptcy Case Number: 19-11223



15317-PAW-DE-034043591

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2020, at 5:45 o'clock AM PST, Rodney R Mineweaser completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 4, 2020                By:   /s/Lea Sorino

                                        Name:  Lea Sorino

                                        Title:  Counselor