FILED
7/9/20 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Rodney R. Mineweaser

Case Number: 19-11223-TPA              (Chapter 13)
Date / Time / Room: 07/07/2020 09:30 am /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*       #5 - Final Confirmation of Plan dated 12/12/19 (NFC)

### *Appearances:*

Debtor:       *Ellermeyer*
Trustee:                    Winnecour / Katz / DeSimone
Creditor:

### *Proceedings:*

Recommended Outcome:

CONFIRMATION ORDER TO BE ENTERED

1.  _   Case Converted to Chapter 7
2.  _   Case Converted to Chapter 11
3.  _   Case Dismissed without Prejudice
4.  _   Case Dismissed with Prejudice
5.  _   Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6.  _   The plan payment/term is increased/extended to _____, effective
        _____.
7.  _   Plan/Motion continued to _____ at _____.
8.  _   An Amended Plan is to be served on all creditors and certificate of service filed by
        Objections are due on or before _____.
        A hearing on the Amended is set for _____ at
        _____.
9.  _   Other:

**For Judge Agresti cases:**
Student Loan Debt:   If the pro rata or timing of the proposed plan payment on student loan debt differs in any
respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:

(31)

Mineweaser, R.
Debtor(s)

Case No. 19-11223 JAD/TPA/CMB/GLT

Chapter 13 Plan dated: 12/12/19

Issued per the _7_ / _7_ / _20_ Proceeding

Next Hearing Date _____
& time

*The Parties, including the Debtor(s) and the Attorney for the Debtor(s), if any, hereby agree as follows:*

☐ (1)  No Changes to standard confirmation order.

(2)  Changes to the standard Confirmation Order as indicated

☐   A.   For the remainder of the Plan Term, the Plan payment is amended to be $ _____
as of _____. Debtor(s)' counsel shall file a motion to amend the income attachment order within five (5) days of
the date of this Order.

☒   B.   The length of the Plan is increased to a total of ____ 60 ____ months. This statement of duration of the Plan
is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of
the Plan shall not exceed sixty (60) months.

☐   C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to
distribute to secured and priority creditors with percentage fees.

☐   D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority or extent of liens,
including determination of the allowed amount of secured claims under 11 U.S.C. 506, disputes over the amount and
allowance of claims entitled to priority under 11 U.S.C. 507, and all objections to claims.

☐   E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which
may represent an increase or decrease in the amount projected in the Plan.

☐   F.   _____ shall be paid monthly payments of $ _____ beginning with the Trustee's
_____ distribution and continuing for the duration of the plan term, to be applied by that creditor to its
administrative claim, budget payments and/or security deposit. These payments shall be at the <u>third</u> distribution level.

☒   G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise
noted), unless the debtor(s) successfully objects to the claim:

Pennymac (CL #8)

☐   H.   Additional Terms:

☐ Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.