FILED
5/25/21 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

      Debtor: Rodney R. Mineweaser
      Case Number: 19-11223-TPA    (Chapter 13)
      Date / Time / Room: 05/18/2021 10:00 am /Bankruptcy Courtroom
      Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*
#35 - Trustee's Certificate of Default to Dismiss
#38 - Resp. by Trustee

### *Appearances:*

Debtor: *Ellermeyer*
Trustee: Winnecour/ Katz / DeSimone *Warmbrodt*
Creditor:

### *Proceedings:*

Recommended Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to *802*, effective *6/21*.
7. ___ Plan/Motion continued to _____ at _____.
8. ___ An Amended Plan is to be served on allcreditors and certificate of service filed by Objections aredue on or before _____.
   A hearing on theAmended is set for _____ at _____.
9. ✓ Other: *COD resolved per order attached*

### **For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loandebt differs in any respect to that of the unsecured debt in the case, describesuch differences and reasons for disparate treatment: