FILED
5/25/21 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>RODNEY R. MINEWEASER<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>RODNEY R. MINEWEASER<br><br>Respondent(s) | Case No. 19-11223TPA<br>Chapter 13<br><br>Related to Document No. 35 |

## ORDER

AND NOW, this  25th  day of  May , 20 21 , the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is *ORDERED, ADJUDGED and DECREED:*

☐    This case is *DISMISSED*, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is *DISMISSED*, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is *FURTHER ORDERED* as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

[x] This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $ 802 effective 6/21.

[ ] This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ___ with / ___ without prejudice, without further notice or hearing.

[x] Other: Pennymac CL 8-2 gov w/ pyt changes implemented

BY THE COURT:

*[signature]*

United States Bankruptcy Judge  jlm

Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rodney R. Mineweaser  
    Debtor

Case No. 19-11223-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: jmar      Page 1 of 3  
Date Rcvd: May 25, 2021      Form ID: pdf900      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney R. Mineweaser, 125 Brogan Street, Summerville, PA 15864-6413 |
| 15170375 | + | APEX Asset Management, LLC, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 15170378 | + | Barclays Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 15170377 | + | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15170381 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15170383 | + | CitiBank, NA/CitiGroup, Inc., 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 15170386 | + | Farmers National Bank, 612 Main Street, P.O. Drawer D, Emlenton, PA 16373-0046 |
| 15170388 | + | Law Offices of Frederic I. Weinberg & As, 375 E Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15170392 | | Mortgage Electronic Registration Systems, P.O. Box 2026, Flint, MI 48501-2026 |
| 15170394 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 15170395 | + | Penn Highlands Brookville, P.O. Box 3345, Indianapolis, IN 46206-3345 |
| 15170397 | + | Penn Highlands DuBois, 1605 N Cedar Crest Boulevard, Suite 110B, Allentown, PA 18104-2351 |
| 15170396 | + | Penn Highlands DuBois, P.O. Box 447, Du Bois, PA 15801-0447 |
| 15203002 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15170398 | + | Pennymac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 15170399 | + | S & T Bank, 800 Philadelphia Street, P.O. Box 190, Indiana, PA 15701-0190 |
| 15187833 | + | S&T Bank, c/o S&T Bank Consumer Collections, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 15170403 | + | Tidewater Mortgage Services, Inc., 200 Golden Oak Court, Suite 100, Virginia Beach, VA 23452-6756 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2021 01:29:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15170376 | + | Email/Text: legal@arsnational.com | May 26 2021 02:35:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 15170379 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 01:27:40 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15170380 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 01:31:21 | Capital One Bank (USA) NA, P. O. Box 71083, Charlotte, NC 28272-1083 |
| 15174798 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 01:27:40 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15170382 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 02:22:52 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 15170384 | + | Email/Text: documentfiling@lciinc.com | May 26 2021 02:34:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 15176448 | + | Email/Text: G06041@att.com | May 26 2021 02:36:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15170385 | + | Email/Text: bknotice@ercbpo.com | May 26 2021 02:35:00 | ERC, P.O. Box 23870, Jacksonville, FL |

Case 19-11223-TPA    Doc 41    Filed 05/27/21    Entered 05/28/21 00:42:41    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32241-3870 |
| 15170387 | + | Email/Text: bk.notifications@jpmchase.com | May 26 2021 02:35:00 | J P Morgan C B Auto, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 15170390 | + | Email/Text: Documentfiling@lciinc.com | May 26 2021 02:34:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 15170389 | + | Email/Text: bk@lendingclub.com | May 26 2021 02:36:00 | Lending Club, 71 Stevenson Street, Third Floor, San Francisco, CA 94105-2934 |
| 15170391 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2021 02:35:00 | Midland Credit Management, Inc., P.O. Box 51319, Los Angeles, CA 90051-5619 |
| 15194598 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2021 02:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15195510 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2021 02:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15191733 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 01:29:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15170393 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:31:19 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 15170400 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 01:27:44 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 15170401 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:31:19 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15171041 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:29:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15200602 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15170402 | * | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

District/off: 0315-1 | User: jmar | Page 3 of 3
Date Rcvd: May 25, 2021 | Form ID: pdf900 | Total Noticed: 38

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Joseph H. Ellermeyer | on behalf of Debtor Rodney R. Mineweaser josephellermeyer@yahoo.com carolhimes@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4