# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              :
                                    :
RODNEY R. MINEWEASER                : Case No. 19 - 11223
                                    :
                                    : CHAPTER 13
        Debtor.                     :
                                    : Docket No.
***************************         :
RODNEY R. MINEWEASER,               :
                                    :
        MOVANT,                     :
                                    :
     v                              :
                                    :
RONDA J. WINNECOUR,                 :
(Trustee),                          :
     RESPONDENT.                    :
```

## CERTIFICATE OF SERVICE

                          ACHILLE LAW, P.C.

Dated: 10/12/2021             s/Joseph H. Ellermeyer
                                    Joseph H. Ellermeyer
                                    Attorney for Debtor/Movant
                                    379 Main Street
                                    Brookville, PA 15825
                                    (814) 849-6701
                                    (814) 849-2889 FAX
                                    Email: josephellermeyer@yahoo.com
                                    I.D. No. 43944

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                              :
                                    :
RODNEY R. MINEWEASER                : Case No. 19 - 11223
                                    :
                                    : CHAPTER 13
         Debtor.                    :
                                    : Docket No.
****************************        :
RODNEY R. MINEWEASER,               :
      MOVANT,                       :
                                    :
      v                             :
                                    :
RONDA J. WINNECOUR,                 :
(Trustee),                          :
      RESPONDENT.                   :
```

**CERTIFICATE OF SERVICE of ORDER TO PAY TRUSTEE**
**dated OCTOBER 12, 2021**

I certify under penalty of perjury that I served the above-captioned document on the parties at the addressed specified below on October 12, 2021. The type of service made on the parties is as follows:

| | |
|---|---|
| Rodney R. Mineweaser<br>125 Brogan Street<br>Summerville, PA  15864<br>First Class Mail, postage prepaid | U.S. Trustee's Office<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>First Class Mail, postage prepaid |
| Ronda J. Winnecour<br>Chapter 13 Trustee<br>USX Tower, Suite 3250<br>600 Grant Street<br>Pittsburgh, PA 15219<br>First Class Mail, postage prepaid | Stanton Dynamics<br>Attention Betty<br>11575 PA Route 36<br>Brookville, PA 15825<br>VIA FAX to 814-849-6265 |

Respectfully submitted,

s/Joseph H. Ellermeyer
Joseph H. Ellermeyer
Attorney for Debtor