Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rodney R. Mineweaser**
  Debtor(s)

Bankruptcy Case No.: 19−11223−TPA
Related to Docket No. 46
Chapter: 13
Docket No.: 47 − 46
Concil. Conf.: 4/5/22 at 11:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 28, 2022,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 21, 2022,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **4/5/22** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 13, 2022

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                    Case No. 19-11223-TPA
Rodney R. Mineweaser                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                        User: jmar                                                                    Page 1 of 3
Date Rcvd: Jan 13, 2022                Form ID: 213                                                             Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney R. Mineweaser, 125 Brogan Street, Summerville, PA 15864-6413 |
| 15170375 | + | APEX Asset Management, LLC, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 15170381 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15170383 | + | CitiBank, NA/CitiGroup, Inc., 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 15170386 | + | Farmers National Bank, 612 Main Street, P.O. Drawer D, Emlenton, PA 16373-0046 |
| 15170387 | + | J P Morgan C B Auto, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 15170388 | + | Law Offices of Frederic I. Weinberg & As, 375 E Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15170392 | | Mortgage Electronic Registration Systems, P.O. Box 2026, Flint, MI 48501-2026 |
| 15170394 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 15170395 | + | Penn Highlands Brookville, P.O. Box 3345, Indianapolis, IN 46206-3345 |
| 15170397 | + | Penn Highlands DuBois, 1605 N Cedar Crest Boulevard, Suite 110B, Allentown, PA 18104-2351 |
| 15170396 | + | Penn Highlands DuBois, P.O. Box 447, Du Bois, PA 15801-0447 |
| 15203002 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15170398 | + | Pennymac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 15170399 | + | S & T Bank, 800 Philadelphia Street, P.O. Box 190, Indiana, PA 15701-0190 |
| 15187833 | + | S&T Bank, c/o S&T Bank Consumer Collections, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 15170403 | + | Tidewater Mortgage Services, Inc., 200 Golden Oak Court, Suite 100, Virginia Beach, VA 23452-6756 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 13 2022 18:42:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15170376 | + | Email/Text: legal@arsnational.com | Jan 13 2022 18:36:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 15170377 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 13 2022 18:36:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15170378 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 13 2022 18:36:00 | Barclays Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 15170379 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 18:43:02 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15170380 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 18:42:43 | Capital One Bank (USA) NA, P. O. Box 71083, Charlotte, NC 28272-1083 |
| 15174798 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 18:42:52 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15170382 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 18:42:46 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 15170384 | + | Email/Text: documentfiling@lciinc.com | Jan 13 2022 18:36:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |

Case 19-11223-TPA  Doc 48  Filed 01/15/22  Entered 01/18/22 09:04:21  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: 213 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15176448 | + | Email/Text: G06041@att.com | Jan 13 2022 18:36:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15170385 | + | Email/Text: bknotice@ercbpo.com | Jan 13 2022 18:36:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 15170390 | + | Email/Text: Documentfiling@lciinc.com | Jan 13 2022 18:36:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 15170389 | + | Email/Text: bk@lendingclub.com | Jan 13 2022 18:36:00 | Lending Club, 71 Stevenson Street, Third Floor, San Francisco, CA 94105-2934 |
| 15170391 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 18:36:00 | Midland Credit Management, Inc., P.O. Box 51319, Los Angeles, CA 90051-5619 |
| 15194598 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15195510 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 18:36:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15191733 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2022 18:42:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15170393 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 18:42:41 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 15203002 | + | Email/PDF: ebnotices@pnmac.com | Jan 13 2022 18:43:05 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15170398 | + | Email/PDF: ebnotices@pnmac.com | Jan 13 2022 18:43:05 | Pennymac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 15170400 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 18:42:55 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 15170401 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 18:42:41 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15171041 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 18:42:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15200602 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15170402 | * | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 3 of 3 |
| Date Rcvd: Jan 13, 2022 | Form ID: 213 | Total Noticed: 38 |

Date: Jan 15, 2022               Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:**

**Name**             **Email Address**

Brian Nicholas
                     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Joseph H. Ellermeyer
                     on behalf of Debtor Rodney R. Mineweaser josephellermeyer@yahoo.com  carolhimes@hotmail.com

Office of the United States Trustee
                     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                     cmecf@chapter13trusteewdpa.com


TOTAL: 4