Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Rodney R. Mineweaser** | : | Case No. 19−11223−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

     **AND NOW,** this ***The 2nd of March, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

     (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Case No. 19-11223-TPA

Rodney R. Mineweaser
Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 02, 2022 | Form ID: 309 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney R. Mineweaser, 125 Brogan Street, Summerville, PA 15864-6413 |
| 15170375 | + | APEX Asset Management, LLC, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 15170381 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15170383 | + | CitiBank, NA/CitiGroup, Inc., 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 15170386 | + | Farmers National Bank, 612 Main Street, P.O. Drawer D, Emlenton, PA 16373-0046 |
| 15170387 | + | J P Morgan C B Auto, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 15170388 | + | Law Offices of Frederic I. Weinberg & As, 375 E Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15170392 | | Mortgage Electronic Registration Systems, P.O. Box 2026, Flint, MI 48501-2026 |
| 15170394 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 15170395 | + | Penn Highlands Brookville, P.O. Box 3345, Indianapolis, IN 46206-3345 |
| 15170397 | + | Penn Highlands DuBois, 1605 N Cedar Crest Boulevard, Suite 110B, Allentown, PA 18104-2351 |
| 15170396 | + | Penn Highlands DuBois, P.O. Box 447, Du Bois, PA 15801-0447 |
| 15170399 | + | S & T Bank, 800 Philadelphia Street, P.O. Box 190, Indiana, PA 15701-0190 |
| 15187833 | + | S&T Bank, c/o S&T Bank Consumer Collections, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 15170403 | + | Tidewater Mortgage Services, Inc., 200 Golden Oak Court, Suite 100, Virginia Beach, VA 23452-6756 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Mar 03 2022 04:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15170376 | + | EDI: ARSN.COM | Mar 03 2022 04:43:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 15170377 | + | EDI: TSYS2 | Mar 03 2022 04:43:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15170378 | + | EDI: TSYS2 | Mar 03 2022 04:43:00 | Barclays Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 15170379 | + | EDI: CAPITALONE.COM | Mar 03 2022 04:43:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15170380 | + | EDI: CAPITALONE.COM | Mar 03 2022 04:43:00 | Capital One Bank (USA) NA, P. O. Box 71083, Charlotte, NC 28272-1083 |
| 15174798 | | EDI: CAPITALONE.COM | Mar 03 2022 04:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15170382 | | EDI: CITICORP.COM | Mar 03 2022 04:43:00 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 15170384 | + | EDI: COMCASTCBLCENT | Mar 03 2022 04:43:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 15176448 | + | EDI: DIRECTV.COM | Mar 03 2022 04:43:00 | Directv, LLC, by American InfoSource as agent, |

District/off: 0315-1                          User: auto                                   Page 2 of 3
Date Rcvd: Mar 02, 2022                       Form ID: 309                            Total Noticed: 38

|          |   |                             |                      | PO Box 5072, Carol Stream, IL 60197-5072 |
|----------|---|-----------------------------|----------------------|------------------------------------------|
| 15170385 | + | Email/Text: bknotice@ercbpo.com |                  |                                          |
|          |   |                             | Mar 02 2022 23:41:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 15170390 | + | EDI: LENDNGCLUB             |                      |                                          |
|          |   |                             | Mar 03 2022 04:43:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15170389 | + | Email/Text: bk@lendingclub.com |                   |                                          |
|          |   |                             | Mar 02 2022 23:41:00 | Lending Club, 71 Stevenson Street, Third Floor, San Francisco, CA 94105-2934 |
| 15170391 | + | EDI: MID8.COM               |                      |                                          |
|          |   |                             | Mar 03 2022 04:43:00 | Midland Credit Management, Inc., P.O. Box 51319, Los Angeles, CA 90051-5619 |
| 15194598 | + | EDI: MID8.COM               |                      |                                          |
|          |   |                             | Mar 03 2022 04:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15195510 | + | EDI: MID8.COM               |                      |                                          |
|          |   |                             | Mar 03 2022 04:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15191733 |   | EDI: PRA.COM                |                      |                                          |
|          |   |                             | Mar 03 2022 04:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15170393 | + | EDI: RMSC.COM               |                      |                                          |
|          |   |                             | Mar 03 2022 04:43:00 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 15203002 | + | Email/PDF: ebnotices@pnmac.com |                   |                                          |
|          |   |                             | Mar 02 2022 23:49:18 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15170398 | + | Email/PDF: ebnotices@pnmac.com |                   |                                          |
|          |   |                             | Mar 02 2022 23:49:18 | Pennymac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 15170400 | + | EDI: CITICORP.COM           |                      |                                          |
|          |   |                             | Mar 03 2022 04:43:00 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 15170401 | + | EDI: RMSC.COM               |                      |                                          |
|          |   |                             | Mar 03 2022 04:43:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15171041 | + | EDI: RMSC.COM               |                      |                                          |
|          |   |                             | Mar 03 2022 04:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr       |               | PENNYMAC LOAN SERVICES, LLC |
| 15200602 | *P++          | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15170402 | *             | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2022                 Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Joseph H. Ellermeyer | on behalf of Debtor Rodney R. Mineweaser josephellermeyer@yahoo.com  carolhimes@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4