IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  RODNEY R. MINEWEASER | : | Bankruptcy No.  19-11223 TPA |
| Debtor | : | |
| | : | Chapter 13 |
| | : | |
| RODNEY R. MINEWEASER | : | Document No. |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| "NO RESPONDENT" | : | |
| Respondent (if none, then "No Respondent") | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Pennymac Loan Services, LLC

    Incorrect Address:

Corrected Address:

    Creditor Name:    Pennymac Loan Services, LLC

    Correct Address:    6101 Condor Drive Suite 200, Moorpark, CA 93021

Dated:  March 9, 2022

    s/Joseph H. Ellermeyer, Esquire
    Electronic Signature of Debtor(s)' Attorney

    Joseph H. Ellermeyer, Esquire
    Typed Name

    379 Main Street
    Brookville, PA 15825
    Address

    Phone No.  814-849-6701

    43944   PA

    Bar I.D. and State of Admission