**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RODNEY R. MINEWEASER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-11223 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/12/2019 and confirmed on 01/30/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 12,277.21 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,272.21 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 702.96 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 702.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 9,376.65 | 0.00 | 9,376.65 |
|     Acct: 5470 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 11,230.58 | 2,192.60 | 0.00 | 2,192.60 |
|     Acct: 5470 | | | | |
| | | | | 11,569.25 |
| **Priority** | | | | |
|   JOSEPH H ELLERMEYER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RODNEY R. MINEWEASER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RODNEY R. MINEWEASER | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ACHILLE ELLERMEYER & WALLISCH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 5,861.86 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5600 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,779.11 | 0.00 | 0.00 | 0.00 |
| Acct: 0378 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 708.34 | 0.00 | 0.00 | 0.00 |
| Acct: 3291 | | | | |
| FARMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2XXX | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9786 | | | | |
| PENN HIGHLANDS BROOKVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9288 | | | | |
| PENN HIGHLANDS DUBOIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S & T BANK(*) | 5,913.33 | 0.00 | 0.00 | 0.00 |
| Acct: 2400 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 7,259.43 | 0.00 | 0.00 | 0.00 |
| Acct: 6015 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,320.14 | 0.00 | 0.00 | 0.00 |
| Acct: 2010 | | | | |
| MIDLAND FUNDING LLC | 355.77 | 0.00 | 0.00 | 0.00 |
| Acct: 4402 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4402 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MORTGAGE ELECTRONIC REGISTRATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TIDEWATER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| APEX ASSET MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| APEX ASSET MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                  11,569.25

TOTAL CLAIMED
PRIORITY                0.00
SECURED            11,230.58
UNSECURED          23.197.98

Date: 04/07/2022                                   /s/ Ronda J. Winnecour
                                                   RONDA J WINNECOUR PA ID #30399
                                                   CHAPTER 13 TRUSTEE WD PA
                                                   600 GRANT STREET
                                                   SUITE 3250 US STEEL TWR
                                                   PITTSBURGH, PA  15219
                                                   (412) 471-5566
                                                   cmecf@chapter13trusteewdpa.com