**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Rodney R. Mineweaser**<br>　　　　　　　　　　　Debtor(s)<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　　　Movant<br>　　vs.<br><br>**Rodney R. Mineweaser**<br>　　　　　　　　　　　Debtor(s)<br><br>**Ronda J. Winnecour**,<br>　　　　　　　　　　　Trustee | **BK NO. 19-11223 TPA**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8-1** |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 20, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Rodney R. Mineweaser
125 Brogan Street
Summerville, PA 15864

Attorney for Debtor(s)
Joseph H. Ellermeyer, 379 Main Street
Brookville, PA 15825

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: December 20, 2021

　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com